# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 3333 | DATE | 3/27/2001 |
| CASE TITLE | U.S.A. ex rel: Mason Williams vs. James A. Chrans | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Petitioner seeks discovery of the entire court file and all the transcripts from his trial in 1991. His stated reason is to see if there is anything else he can raise that was previously overlooked. He seeks appointment of counsel as well. Those motions are, for now, denied, except that the respondent is directed to send petitioner a copy of his instant petition. (#10-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAR 28 2001 | |
| | Notified counsel by telephone. | | date docketed | 21 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail A 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| WAH | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MASON WILLIAMS, | ) ) ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) ) | No. 00 C 3333 |
| JAMES A. CHRANS, | ) ) ) | |
| Respondent. | ) | |

**DOCKETED**
MAR 2 8 2001

## MEMORANDUM OPINION AND ORDER

Petitioner seeks discovery of the entire court file and all the transcripts from his trial in 1991. His stated reason is to see if there is anything else he can raise that was previously overlooked. He seeks appointment of counsel as well.

Those motions are, for now, denied, except that the respondent is directed to send petitioner a copy of his instant petition. The State has answered and has filed numerous portions of the record. It clams that all issues but one have been defaulted and the one claim that survives, ineffective assistance of counsel on direct appeal, is without merit. Before we consider whether petitioner is entitled to any production, and whether counsel should be appointed because of exceptional circumstances, we think we must review the record to determine what issues, if any, survive.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 27, 2001.